IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTURO I. MARIANO GUTIERREZ,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:26cv1869 |
| | ) | **Electronic Filing** |
| **WARDEN OF MOSHANNON** | ) | |
| **VALLEY ICE PROCESSING CENTER,** | ) | |
| **BRIAN MCSHANE,** | ) | |
| **MARCOS CHARLES,** | ) | |
| **TODD LYONS, MARKWAYNE** | ) | |
| **MULLIN, TODD BLANCHE,** | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

AND NOW, this 24th day of September, 2026, upon due consideration of petitioner's *ex parte* application for temporary restraining order, IT IS ORDERED that [2] the motion be, and the same hereby is, denied.

A case management order has been entered setting this case on track for an expedited resolution. To the extent petitioner seeks relief beyond the expedited schedule, petitioner has failed to satisfy the procedural and substantive requirements for an *ex parte* order under Rule 65, and the court lacks jurisdiction to enjoin the Department of Homeland Security from transferring petitioner under 8 U.S.C. § 1252(a)(2)(B)(ii) in any event. See Calla-Collado v. Attorney General of U.S., 663 F.3d 680, 685 (3d Cir. 2011) ("Congress has vested the Department of Homeland Security ("DHS") with authority to enforce the nation's immigration laws. Thus, as a part of DHS, ICE 'necessarily has the authority to determine the location of detention of an alien in deportation proceedings . . . and therefore, to transfer aliens from one detention center to

another.'") (quoting Gandarillas-Zambrana v. Bd. Of Immigration Appeals, 44 F.3d 1251, 1256 (4th Cir. 1995)).

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: David Lew, AUSA

(*Via CM/ECF Electronic Mail)*

Arturo I. Mariano Gutierrez
A222566434
Moshannon Valley Processing Center
Legal Mail - Open In Presence Of Detainee
555 Geo Drive
Philipsburg, PA 16866

(*Via First Class Mail*)