IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTURO I. MARIANO GUTIERREZ,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:26cv1869 |
| | ) | **Electronic Filing** |
| **LEONARD ODDO** in their official capacity as Warden of the Moshannon Valley Processing Center, **BRIAN MCSHANE** in their official as capacity as Acting Pennsylvania Field Office Director for U.S. Immigration and Customs Enforcement and for Enforcement and Removal Operations, **MARCOS CHARLES** in his official capacity as acting Executive Associate Director, Enforcement and Removal Operations, **TODD M. LYONS** in his official capacity as Acting Director Immigration and Customs Enforcement, **MARKWAYNE MULLIN** in his official capacity as Secretary, U.S. Department of Homeland Security and **TODD BLANCHE** in their official capacity as Attorney General, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER OF COURT**

AND NOW this 17th day of October, 2026, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS ORDERED that [1] the Petition for Writ of Habeas Corpus be, and the same hereby is, denied. A Rule 58 Judgment Order will follow.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: David Lew, AUSA

(*Via CM/ECF Electronic Mail*)

Arturo I. Mariano Gutierrez
A222566434
Moshannon Valley Processing Center
Legal Mail – Open in Presence of Detainee
555 Geo Drive
Philipsburg, PA 16866

(*Via First Class Mail*)